Case 4:15-cv-03389   Document 16   Filed on 03/06/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DAVID PORTILLO CRUZ, §
*Plaintiff*, §
§
v. § CIVIL ACTION NO. 4:15-CV-3389
§
NANCY A. BERRYHILL, Acting §
Commissioner of Social Security, §
*Defendant.* §

## MEMORANDUM AND RECOMMENDATION

On January 27, 2017, the court issued a final judgment (Dkt. 13) in favor of plaintiff, reversing the Commissioner's decision denying Cruz disability benefits and remanding this case for an award of benefits.

This matter is now before the court on plaintiff's unopposed motion for attorney's fees (Dkt. 14). Plaintiff is entitled to attorney fees under 28 U.S.C. § 2412(d) as the prevailing party in this action. *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993).

The court recommends that the motion for fees be granted and that the court enter a final judgment in favor of plaintiff in the amount of $5,882.74 for reasonable and necessary attorney fees, plus costs of $400.00 for the filing fee, payable from the Judgment Fund.

The parties have fourteen days from service of this Memorandum and Recommendation to file written objections. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. FED. R. CIV. P. 72.

Signed at Houston, Texas on March 6, 2017.

Stephen Wm Smith
United States Magistrate Judge