United States District Court
Southern District of Texas
**ENTERED**
April 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID PORTILLO CRUZ,<br>*Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO. 4:15-CV-3389 |
| NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>*Defendant*. | § § § § | |

## ORDER OF ADOPTION

On March 6, 2017, Magistrate Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 16) recommending that Cruz be awarded $5,882.74 for reasonable and necessary attorney's fees payable from the Judgement Fund. No objections have been filed. The court hereby ADOPTS the memorandum and recommendation as this court's order.

The court will issue a separate final judgment.

Signed at Houston, Texas, on April 7, 2017.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE