United States District Court
Southern District of Texas
**ENTERED**
June 16, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DAVID PORTILLO CRUZ, <br> *Plaintiff,* <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br> *Defendant.* | § § § § § § § § § § § CIVIL ACTION NO. 4:15-CV-3389 |

## ORDER OF ADOPTION

On May 30, 2017, Magistrate Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 21) recommending that Cruz's counsel be awarded $13,945.43 in attorney's fees under 42 U.S.C. § 406(b)(1) and that the previously awarded $5,882.74 be remitted directly to plaintiff. No objections have been filed. The court hereby ADOPTS the memorandum and recommendation as this court's order.

The court will issue a separate final judgment.

Signed at Houston, Texas, on June **16**, 2017.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE